## JERRY COCKBURN v. STATE.

No. A-7861.   Opinion Filed May 23, 1931.
(299 Pac. 505.)

Corn & Corn, for plaintiff in error.

J. Berry King, Atty. Gen., for the State.

PER CURIAM. The plaintiff in error, hereinafter called defendant, was convicted in the county court of Dewey county on a charge of having the unlawful possession of intoxicating liquor and was sentenced to pay a fine of $300 and to serve 30 days in the county jail.

44

The appeal is dismissed.